UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CLAUDIA D. STUMPNER and C.W. and R.J.W.,
MINORS, BY THEIR GUARDIAN AD LITEM,
ATTORNEY ROBERT G. DOWLING

      Plaintiffs

and

WISCONSIN DEPT. OF HEALTH SERVICES,
WISCONSIN CASUALTY RECOVERY and UNITED
HEALTHCARE OF WISCONSIN, INC.

CASE NO. 3:14-CV-00612-wmc

      Subrogated Plaintiffs

v.

CENTRAL REFRIGERATED SERVICE, INC.,
MICHAEL P. LAMBERT, RAMON G. CLARK,
RED ROCK RISK RETENTION GROUP, INC.,
DEF LIABILITY INSURANCE COMPANY,

      Defendants

---

**PROPOSED ORDER FOR DISCHARGE OF GUARDIAN AD LITEM**

---

The court having reviewed the motion for discharge filed by Atty. Lauterbach, GAL in this matter, IT IS ORDERED that:

1. Atty. Michael Lauterbach is discharged as guardian ad litem for C.W.
2. Attorney Lauterbach shall have no continuing duties or responsibilities in this matter.

Dated: May 25, 2021

BY THE COURT:

William M. Conley
District Judge